AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Ryder Winegar | ) | 20-MJ- 229-01-aj |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 16, 2020  in the county of  Hillsborough  in the District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats Against Members of Congress |

This criminal complaint is based on these facts:

See attached Affidavit of US Capitol Police Special Agent Sean Wilson

☑ Continued on the attached sheet.

/s/ Sean Wilson
*Complainant's signature*

Sean Wilson, USCP Special Agent
*Printed name and title*

TELEPHONICALLY
Sworn to before me and signed in my presence.

Date: **Dec 21, 2020**

*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, USMJ
*Printed name and title*