# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
# AND ARREST WARRANT

I, Sean Wilson, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as ▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ hereinafter "TARGET PREMISES," further described in Attachment A, for the things described in Attachment B.

2. I am a Special Agent with the United States Capitol Police ("USCP") and have been so employed since January 5, 2005. I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("TAS"). I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. In my current assignment, I have participated in and conducted numerous investigations involving stalking and threatening communications, both locally and interstate.

3. The statements in this affidavit are based on my personal knowledge, my training and experience and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts. This affidavit is intended to show merely that

1

there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## RELEVANT LAW

4.      Title 18, United States Code, Section 115(a)(1)(B), Threatening United States Officials, provides in relevant part, that it is a crime to "threaten[] to assault, kidnap, or murder . . . a United States official . . . with intent to impede, intimidate, or interfere with such official . . . while engaged in the performance of official duties, or with intent to retaliate against such official . . .on account of the performance of official duties."  The statute defines "United States official" to include both "members" and "members-elect" of Congress.  18 U.S.C. § 115(c)(4).

## PROBABLE CAUSE

5.      Ryder B. Winegar (hereinafter, "WINEGAR") is a 33-year-old male currently residing at                                         . WINEGAR identifies himself by name and phone number in a voicemail as set forth below.

6.      On December 16, 2020 at approximately 12:50am EST, WINEGAR, using phone number 603-417-8495, left a voicemail at US Congress Member 1's office which is located in the District of Columbia. The voicemail was subsequently reported to the USCP TAS later on December 16, 2020 and is transcribed as follows:

- a. "Hey, [Congress Member 1]. Uh, this is Ryder Winegar at 603-417-8495. Uh, you better support Donald Trump as your president. There has been massive fraud in this country. And if you don't support it, we're going to drag you out and we're going to hang you by your neck to die. Good luck."

7. On December 16, 2020 at approximately 12:58am EST, WINEGAR, using phone number 603-417-8495, left a voicemail at US Congress Member 2's office which is located in the District of Columbia. The voicemail was subsequently reported to the USCP TAS later on December 16, 2020 and is transcribed as follows:

   a. "Hey, listen, uh, this is Ryder Winegar, I'm a U.S. Navy veteran. You better stand behind Donald Trump or, you know, quite frankly, not only are you not going to get reelected anytime soon, because why would I bother going out to vote for any fucking RINO candidate like yourself? Uh, but also, really, we're going to hang all you motherfuckers. And it really, really, it boils down to two camps. You either support our president, support liberty, and fuck this global homo, uh, vaccination Jewish agenda, or you're not. In which case we're going to fucking kill you. Do you understand? Like you can be afraid of being doxxed and be outed as a racist and all this shit, which nobody really fucking cares about because there's no consequences, or you can be scared about motherfuckers like me stringing your ass up. Yeah. So do the right goddamn thing and get behind our president and save this country and our Constitution or else you're really going to fucking regret it as the last thought that you have in your stupid little RINO brain. Get it? So stop being a RINO and fucking line up. You got it? Stupid bitch."

8. On December 16, 2020 at approximately 1:04am EST, WINEGAR, using phone number 603-417-8495, left a voicemail at US Congress Member 3's office which is located in the District of Columbia. The voicemail was subsequently reported to the USCP TAS later on December 16, 2020 and is transcribed as follows:

    a. "Hi, I don't usually do this, so I'm not going to be leaving my address or anything like that, because quite frankly, I'm scared of retribution, but, uh, you know, I've seen everything going along in the media these days. And quite, quite honestly, I'm, I'm very scared for our Republic. I think that [Congress Member 3] needs to back our president, Donald Trump, and recognize that the Democrats and the Democratic Party and the Chinese communist party have been attacking our country and attacking our free elections. And so if you don't stand up for this, really, I think, you know, I'm not only going to have to register as a Republican in the future, but I might have to come and hang you personally, like until you die, and all of your aides, including you, who are listening to this right now, like some 24 year old, uh, from Arizona named Chase or some gay name like that. Do the right thing or patriots are going to come, and we're going to fucking kill you all. You understand?"

9. On December 16, 2020 at approximately 1:05am EST and 1:10am EST, WINEGAR, using phone number 603-417-8495, left two voicemails for US Congress Member 4's office which is located in the District of Columbia. The voicemails were subsequently reported to the USCP TAS later on December 16, 2020 and are transcribed as follows:

    a. "Hey, you cocksucker. How is there a pandemic when 99.9% of people survive? Huh? It seems like you don't understand what the fuck a pandemic is. You better get behind Donald Trump or we're going to hang you, and I'm going to laugh, and I'm going to pee in your face, and I'm going to fuck your ass, you stupid fucking Democrat, piece of shit, communist [inaudible]."

    b. "Hey fuck face, Trump is your president. If you're not behind this, then we're going to hang you to die. Do the right thing, or you're going to get caught being a fucking Communist, like a Chinese Communist Party, or actually, yeah. [foreign language] We're going to hang you to death. You understand that? Goodbye."

10. On December 16, 2020 at approximately 1:07am EST, WINEGAR, using phone number 603-417-8495, left a voicemail for US Congress Member 5's office which is located in the District of Columbia. The voicemail was subsequently reported to the USCP TAS later on December 16, 2020 and is transcribed as follows:

    a. "Well, I'm actually trying to contact Martha, not, not Mark or whatever the fuck your answering machine said, but anyway, it's regardless, regardless, uh, you fucking, you know, just graduated from college, know-nothing piece of shit. You need to send this voicemail or tally it up to the senators or whatever gay shit you do. And that's to say, Donald Trump is your president. He's going to be president. If he's not, there's going to be fucking problems. You understand? And I don't mean problems as in we're going to be rallying in the streets or burning down Nike or some shit. Like we're going to come hang you, you specifically. And I know who you are. Yeah. And when I mean, we, I mean, I mean, like, you know, like metaphorically, we, but someone's going to do it. Not, not necessarily me. Do the right thing. Fucking get behind the president, cock sucker."

11. On December 16, 2020 at approximately 1:22am EST, WINEGAR, using phone number 603-417-8495, left a voicemail for US Congress Member 6's office which is located in

the District of Columbia. The voicemail was subsequently reported to the USCP TAS later on December 17, 2020 and is transcribed as follows:

    a. "Hey, [Congress Member 6], I got some advice for you. Here's the advice, Donald Trump is your president. If you don't get behind him, we're going to hang you until you die. Uh there's there's no other option. You, there's two roads right now. You can come, you can keep being a shill for the Chinese communist party. And you know, like the, uh, the Jewish banking cartel, or you can stand up and do the right thing and back America's president Donald Trump. Support freedom. Fuck this coronavirus faggoty nonsense. Or you can continue being a nigger with the rest of your democratic faggot pomp and faggot communist comrades. And you're going to hang alongside of him. That goes for all you aides too. You think I'm just an aide, I'm not going to be hung. No, no, no, no, no, no, no. You're right. You're not going to be hung, we're just going to execute you summarily because you're not worth televising. Okay. So fuck you, you pieces of shit."

12. In several of the above voicemails, WINEGAR identifies himself by name and/or identifies his phone number as 603-417-8495.

13. AT&T subscriber records, which were provided by AT&T following an emergency disclosure request for phone number 603-417-8495 identified the subscriber as Patricia Winegar with a billing address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

14. Records provided by AT&T, also provided as a result of the emergency disclosure request, of outgoing calls from the phone number 603-417-8495, show calls which correspond to the above dates, times, and terminating numbers for each of the above Congressional offices.

15. On December 17, 2020, based on a review of telephonic records in conjunction with other investigative methods, law enforcement determined telephone number 603-417-8495, believed to be utilized by WINEGAR, was in an area consistent with the location of ▓▓▓▓▓▓ ▓▓▓▓▓▓.

16. Law enforcement database searches for ▓▓▓▓▓▓ revealed WINEGAR to be a current resident and that the same address is listed on WINEGAR's New Hampshire driver's license.

17. A police report provided by Amherst New Hampshire Police Department revealed that an officer made contact with WINEGAR at the above address on June 17, 2020 in reference to a complaint of gun fire heard on the property. According to the report, WINEGAR claimed ownership of the property.

18. Additional records provided by the Amherst New Hampshire Police Department list WINEGAR as the current owner of the property located at ▓▓▓▓▓▓.

19. On December 20, 2020 at approximately 1446hrs EST, I and my colleague Special Agent Soltes from the USCP Investigations Division approached ▓▓▓▓▓▓ ▓▓▓▓▓▓ in an attempt to conduct an interview of WINEGAR. On approach to the residence, agents witnessed two vehicles parked outside in the driveway: a red Subaru Impreza with New Hampshire tag V43526 (previously known as registered to WINEGAR), and a blue Volkswagen Passat with New Hampshire tag 4101952 (later found to be registered to WINEGAR). Agents rang the doorbell twice. A short time after the second ring, a male subject, whose face matched that of a known image of WINEGAR, pulled back the curtain on the first

floor window (located to the left of the main entrance to the residence) in full view of SA Soltes (SA Soltes reviewed known photographs of WINEGAR and confirmed that he was the individual seen through the window). WINEGAR then came to the front door and looked out the window in the top of the door in my view. I identified myself as US Capitol Police and held up my credentials so that WINEGAR could see them. WINEGAR stated, "not interested in talking to you, get off my property." WINEGAR then disappeared from sight and we departed the property.

## CONCLUSION

20.     Based on my training and experience, probable cause exists that WINEGAR communicated threats to kill multiple Members of US Congress in and transmitted those threats via telephone from his location in New Hampshire to the offices in the District of Columbia in violation of 18 U.S.C. § 115(a)(1)(B).  I respectfully request that an arrest warrant be issued.

Respectfully submitted,

<u>/s/ Sean Wilson</u>
Sean Wilson
Special Agent
United States Capitol Police

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date:  December 21, 2020

_____
HON. ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE